2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ___
COPIES SENT TO
Court ✓ ProSe

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
DEPUTY

United States District Court
Southern District Federal Court
Office of the clerk
880 Front Street Suite 4290
San Diego Ca. 92101 - 8900.

42 usc § 1983 civil Rights §

James Lynn Hines

'07 CV 2372 JLS JMA

vs.

| | |
|---|---|
| San Diego County; Maricopa County Transient C/O3; Peace Officer Association Tom Metzger; of Alpine, Calif. CCPOA %; Santa Barbara County, San Diego County Parole Dept. Region IV Martinez, Ortiz, Galaza, Ruiz, Pierson, Gaston, Henderson, Hisoog Littleton Sister, Pleo, Hernandez, et al | 28 usc § 1332 (a) Diversity Jurisdiction over $75,000.00 PI/PO/WO § 504 of the Rehabilitation Act of 1973, 29 usc § 794 (a) and by Title II of the A.D.A. 42 usc § 12131 et seq. |

Prison Litigation Reform Act 1996.
Prison Rape Elimination Act of 2003.
18 usc § 3006 A. F.R.C.P.
F.R.C.P. 5 (c) Numerous Defendants.

A. Jurisdiction: This Court has jurisdiction over this action pursuant to: 28 usc § 1332 (a) Diversity Jurisdiction. 18 USC §§ 2510 § 2520, United States v. Torres 751 F2d 875 7th cir (eg).

B. Authority to Rule on Parole Violation: Article III of the Constitution of the United States and U.S. Const. Amendment [illegible] 28 usc 1251, 28 usc 1651 (a). 18 usc § 3653 (Jurisdiction.)

C. United States v. Bailey 343 F. Supp. [illegible] W.A. Mo. 1971. Alternative sentencing. ... Retroactive A. ... See Title III Omnibus Crime Control and Safe Streets Act (1) of 1968 Television Surveillance.

§

F.R.C.P. 5 (a) Numerous Defendants. San Diego to Maricopa Co.:
1 to 81 approx. Con Rep Director Mo. Jane Shell.
Civil code section 1812.10 ☒ civil code section 2984.4 ☒
Calif civil code of procedure(s) § § § 2082 ☒

Name of Plaintiff: James Lynn Hines 197067# (D-25748 ?)
aka Seminole "Yellow Fox" 42 cjs §3 Indians
Mongol M.C prospect alias Jackson Malloy K86989
as a civil MDO calif parole violator of ASH.
§ Dually Applicable Jurisdictions §
Present Mailing Address: Box 8400 1 Dcg 40 Florence Az 85232.
Institution/City where Violation Occurred: San Diego Southpoint
90 Rehab Con Rep Nelson Haven Board Care Home "St. Thomas
of Aquinas Parish" w/ church congregation from Atascadero
Ca. SD Parole & CSO Region IV San Diego & Santa Barbara Ca
to Phoenix Az Maricopa County, County Jail and ADOC State
Prisons. State Agencies Police Web site of Mission Valley San Diego
Ca P-3 Parolee Partnership Program 18 USC 2510 2520
Electronic Surveillance United States v. Biasucci 786
F2d 504 2d 2nd cir 1986 Video cameras United States
v. Torres. 751 F2d 875 7th cir 1984 Television Surveillance
ARS# 41-4151, 41-4152, 41-4153. State Agencies Web Site.
pg(s) (2A) (2B) (2C)...
Other Defendants: 1 to 81. See Attachments Judicial Council
Forms. San Diego County Forms. Organization 18 USC § 18
Fed Crim R. Proc. 12.4. a. 2. b. 1. Fed. Crim. R. Proc 32(c)(3)(B)
Federal Rules Criminal Procedures. (F.R.C.P.) Fed. R. of Evidence 901 (b)(8)
Fed. Rules of Evid 801 (d)(2). Dispositive Prisoners Motion Fed
R civil Proc. 72(b), 26 (c). Prohibition(s). of Harassment Orders.

MC-025

| SHORT TITLE: James Wynn Hines v Con Rue Dir Ms. Jane Shell | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number)*: one (1) **Page** 1 **of** 3

*(This Attachment may be used with any Judicial Council form.)* *(Add pages as required)*

Randy Wood
Marta Cook
Jim Howle
Cindy Hall
Linda Kowolski
Suzie Q. Henderson
Ricky Gaston
Jimmy Walker
"Izoriel"
Tim Murphy
Lt. McEnroe
Tom Hall
Tom Jimenez
Dan Hagen
Chris Wagner
Vic Arpaio
Jim Elzy
Wilma Fiel sis Tulmma
Gary Roberts
Bobby Lee Mebee Kowolski
Angie Sanchez Hunt
Ambrosio Collier - Smith
Cindy Smith
Anastasia Hunt-Smith
Vonnie Thompson
Tony Lavol
Dave Hohn

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*



Form Approved for Optional Use Judicial Council of California MC-025 [Rev. January 1, 2007]

**ATTACHMENT to Judicial Council Form**

www.courtinfo.ca.gov

American LegalNet, Inc. www.FormsWorkflow.com

MC-025

| SHORT TITLE: James Lynn Hines v. Con Rep Dir. Ms. Janet Sholl | CASE NUMBER: |
|---|---|

**ATTACHMENT** *(Number)*: ~~(two)~~ 2

*(This Attachment may be used with any Judicial Council form.)*

Page 2 of 3

*(Add pages as required)*

Sgt Siefert
Sgt Littleton
Bonny Jagodinsky
Paulina Fridenmaker
Flossie Henderson
Vera Atkinson
Darlene "Eva" Denton
George Galaza
George Galaza Jr.
Richard Martinez
Pamela Hissone
Larry Hissone
Harold Short
Gerald Short
Rachel Peek
Lisa Aims
Viola Yamamoto
Rick Yamamoto
Mrs Henderson
"Mona" Hine-thompson
Lisa Elzy-Hatfield
Greg Pico
Maureen Pelton
Capt Martinez
Hernandez
Rod Stovall
Lori Elzy-Devore-Stovall.

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*



Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

MC-025

| SHORT TITLE: James Lynn Hines v. Con Rep Dir. Ms. Jane Shell | CASE NUMBER: |
|---|---|

ATTACHMENT *(Number)*: ~~three~~ 3. Page 3 of 3

*(This Attachment may be used with any Judicial Council form.)* *(Add pages as required)*

Dr. Williams
Dr. Bart Jacobs
Dr. Moore
Dr. Dale Steinhauser
Dr. Ernie Shute-Borkson
Dr. Michael A Jaffe
Dr. Sue Jaffe
Dr. Miller
Dr. Abramson
Mike Dietz-Mackinea
Pam Starr
Pastor Walt Hissong
Tom Metzger
Jennifer Kowalski
Julie Kowalski
Kenneth Kompski Cole
Peter Doddah
Linda Sue Pierson Clark
Joe Arello
Ruiz
Ortiz
J. Williams
Calhoun
Deacon Hoffmeister-Green
Cowdin
Annis
Dave Mullins

*(If the item that this Attachment concerns is made under penalty of perjury, all statements in this Attachment are made under penalty of perjury.)*



Form Approved for Optional Use
Judicial Council of California
MC-025 [Rev. January 1, 2007]

**ATTACHMENT**
**to Judicial Council Form**

www.courtinfo.ca.gov
American LegalNet, Inc.
www.FormsWorkflow.com

Previous Lawsuits: More than 3 of the following prior actions Plaintiff has filed in federal courts have been dismissed as frivolous, malicious or failing to state a claim. "Paper Trail" as far back as 1999 to date 11/28/07 starting at: San Diego County Courts w/ Judge Jesus Rodriguez South Bay Inc: cc. copied correspondence, "job discrimination" ADA 42 USCA §§ 12101-12213 by defendants. To Eastern Federal District Courts at Fresno Ca. from Corcoran Calif SHU IV A yard 1999 when pre-civil mod as Malloy, Jackson K86489 vs. Galaza, George aka et Hernandez, Martinez, Reynoso, Montague, Rocha, Egs. CIV-99-6647. of Santa Barbara Ca.

Malloy vs. Dr. Abramson Los Angeles Ca. Central Dist.

Malloy v. Stewart, Elzy Los Angeles Ca Central Dist.

Malloy v. MTV. Corey Kennedy San Francisco Ca Northern Dist.

Pending in phoenix Fed. Dist. 2:07 CV 255 phx JAT (MEA)

Pending in Southern Calif Fed Dist. 07 CV 1816 WQH (RBB)

" " 07 CV 0873 -IEG (JMA)

Federal Writs and Civil Rights Complaints:

Others as denied: Hines v. City of San Diego Police Dept. CIV 00-00-969 K LAB SD Cal June 21 1999.) Hines v. Kowalski CIV 00 1186 W LAB. SD Cal June 30 2000.) CIV 00 5660 REC DLB ED Cal Sept. 25 2000) Hines v. Jaffe CIV 00-2078 W (CGA) SD Cal. Nov. 7 2000.) Malloy v. Galaza CIV-005674 AWI (AGB) ED Cal December 15 2000.) Malloy v. Corcoran Prison (Ed Cal. Oct 13 2000) Hines v. Deddah & Associates CIV 05 3412 JAT (VAM) D. Ariz June 29, 2006. Hines v. West Side Pentecostal Faith Temple CIV 06-061 JAT (VAM) (3) D Ariz Oct 25, 2006.#

§

18 USCA § 1961 (4)

United States v. Turkette

452 US 576 101 Sct 2524 (1981)

Pattern of Racketeering activity must be proved ... association in fact exist group of people ... Appeal de novo, duplicitous appeal(s) ... See: Chicago Miracle Temple Church Inc. v. Fox. ND Ill 1995 901 Fsupp 1333 G # 7.5. (i.) pre-conceived conspiracy

Fox Libel Act. (prospective juror Ms. Foxx.) eg. aka of "Yellow Fox" of Fox Harbor Illinois.

Maricopa County 207 cv 255 phx Jat mcu response to States response and courts report and recommendation is church & state oppression by Pornographic sopn supportive Conglomerate businesses by Jim Howie & Murder Inc. defendant (prior suits) ... Randall Howie States Atty office(s).

"Advocate Witness Rule" denied by Attorney Attorney malpractice Kenneth S. Countryman P.C. esq. w/ prior associations Missouri to Calif. conflict of interest pre-post flood of New Orleans La. Tsunami and Florida Hurricane Katrina: Explained as: Sugiyama O'Brien Calif Dept. of Corr. Sacramento, Ca. (Yamamoto of Corcoran SHU) Peter Deddah & associates (w/ Yamamoto at corcoran SHU) Christopher Crisanlin of Tri-counties San Luis obispo Ca. Connor Fitzgerald ... Jason Leonard & associates w/ Kenneth S. Countryman P.C. Connor Fitzgerald Maria L Schatter Jim Rummage, Charles R. Kroll, filed for conflict of interest Maricopa County. Phoenix Az (3) - from COC of Calif.

§

Prison Litigation Reform Act 1996 §

(1) Exhaustion of State Remedies 42 USC § 1997 e a). California and State of Arizona Supreme Court* Writs of Habeas Corpus filed copied and mailed on same day as A.D.A. civil Rights), and prior on November, 5th 2007*) Office of the Governor State of Az October 17 2007.), Administratively November 13th 2006.) Missouri Dept of Health and Senior Services 5/3/2007. (Transient defendants are state contracted to Mo. Dept. of Corr. Calif and Ariz and are at Church/state locations of computer Bunkers in San Diego Ca to the state of Mississippi, Hot Coffee Ms. w/ Jaffe Inc. of Wilshire Blvd Los Angeles Ca contracted t/as w/ P.3 of Mission Valley San Diego Ca audio video security. Television Surveillance) Underground computer Labs at location of arrest; A.T.F. Liquor Licensed Businesses Cleajon Blvd San Diego "Live Wire Bar", Phoenix Az "Fat Cats Bar" St Louis Ms. "Billy Goat Hill Tavern" SSA agents deployment of tracking devices of plaintiff. Also identified as ADT security systems ...).

§ (Imminent Dangerous) § ...

James Lynn Harris aka Jackson Malloy vs. Los Angeles County Sheriff William Bratton et al Issues: detained material witness "gag order" Allocution Fed. R. Crim Proc. 32. 8 USCA §§ 1101-1537 INS. Nonimmigrants job hostile takeover, discrimination by Church / state St T. of Aquinis Parish San Diego to Phoenix. Alibi Notice by defense Fed Crim R. Proc 12.1 (d). Rules Applications eg. ... (7) No. CV-07-6090 CAS (MAN)

8

Physical Injuries: Right eye light Blindness w/ corrective or safety glasses, (adverse domination for adverse witness.) poses a serious risk of imminent danger to health, life. 10/2005 to 2/17/10 ERRD and 10-7-04 date of arrest Hospitalizations for skull fractures, arm injuries, Leg injuries 5-15-97 UCSD April 2004 UCSD final surgical operation, same incident. w/out physical therapeutic Rehabilitation, exercise, sensory developments, school, job, uncensored family life, reproduction. (eg) 10/05 & 11/05 child at hospital w/ father plaintiff lost and contested as advertised on T.V. 42 USC § 3798 child abuse and neglect by investigators ... Sheriff Joe Arpaio responsible Chief of police particular person under color of law § 1068, 42 USC 1983) ... Child care following arrest, detention police activities 2050*. Eyesight Medical care of prisoners § 2801 ... Medical care Choice of Treatment 42 USC § 2761 ... [illegible] ... 1989 St. Louis Mo. AMA - signature denied by the Adverse parties defendants w/ Deacon Henderson - Green Mrs. Henderson, Mona Pearce Hunt, Lori Ely Narfield, Sgt. [illegible] % T. Rice ... a living will; Religious, Racial issue. Church & state. Based on Biblical verses pre-post flood computer behavioral science systems. P-3 audio video TV surveillance. (eg).

Conclusion w/ proof of service have been presented to the courts for discretionary review by I.R.A.C. formula best as is possible jurisprudently. Cognizable on behalf of the appellant. 11/23/07 (8) [signature]

# Proof of Service

Rule 35.5. Service and filing:

The copies for opposing parties have been deposited in the U.S. Postal Service and mailed as follows: (1) Clerk: Arizona Supreme Court 402 Arizona State Courts Bldg. 1501 West Washington Phoenix Az. 85004-3231.

(2) Maricopa County Attorney; Andrew P. Thomas Andrea L. Kever Appeals: 3131 West Durango Street, Phoenix Az. 85009.

Federal R. civil P. 5 (a) (d)

(3) Office of the Attorney General State of Arizona 1275 West Washington Phoenix Az 85007-2926

(4) California Attorney Generals Office Criminal Appeals Sectio's 202 "C" street San Diego Ca. 92101.

(5). Pro Per / Pro Se Declarant / Petitioner
James Lynn Hines 197067
Box 3400 1-D-40 SMU II
Aspc Florence Eyman Complex
Florence Az 85232.

Proof of Service: Fed R. Civil P. 5 (a)(d).

(6#) Oct 9th 2007.

(To:) Copies for opposing parties have been deposited and mailed in the U.S. postal service to: Missouri Dept. of Health and Senior Services. at: P.O. Box 570, Jefferson City Mo 65102-0570.

From: Proper Pro se Declarant / Petitioner

James Lynn Hines 197067

Box 3400 1-D-40 SMU II

Aspc Florence Eyman Complex

Florence Az. 85232

Oct 9th, 2007

James L. Hines

(7).

Also mailed to: United States District Courts.

Southern District Federal Courts

Office of the Clerk

880 Front Street Ste 4290

San Diego Ca. 92101-8900.

JLHines

STATE OF ARIZONA

JANET NAPOLITANO
GOVERNOR

OFFICE OF THE GOVERNOR
1700 WEST WASHINGTON STREET, PHOENIX, AZ 85007

MAIN PHONE: 602-542-4331
FACSIMILE: 602-542-7601

October 17, 2007

James Lynn Hines #197067
ASPC – Eyman SMUII
Florence, Arizona 85232

Mr. Hines:

Thank you for your correspondence. Our staff has reviewed your information and I have been asked to respond to your concerns on behalf of the Governor.

As the Executive Branch of Government, we are precluded from intervening in matters pending before the courts, administrative proceedings or matters involving law enforcement. Please continue to work with your present attorney on this matter.

Regards,

Office of Constituent Services

**Missouri Department of Health and Senior Services**
P.O. Box 570, Jefferson City, MO 65102-0570 Phone: 573-751-6400 FAX: 573-751-6010
RELAY MISSOURI for Hearing and Speech Impaired 1-800-735-2966 VOICE 1-800-735-2466

**Jane Drummond**
Director

**Matt Blunt**
Governor

May 3, 2007

James L. Hines #197067
B 3400
Unit 1-D-40
ASPC – Eyman SMU II
Florence, AZ 85232

Dear Mr. Hines:

This will acknowledge receipt of your letter regarding your concerns at the Arizona Department of Corrections. The Department of Health & Senior Services has no jurisdiction to comment on this issue, please use your internal grievance procedures.

Sincerely,

Brendan J. Cossette
General Counsel

BJC:bg

c: Lisa Jones, Department of Corrections

**ARIZONA DEPARTMENT OF CORRECTIONS**

**Inmate Disciplinary Report**

Case Number

| Inmate Name (Last, First M.I.) | ADC Number | Institution |
|---|---|---|
| Hines, James L | 197067 | ASPC-F CB-6 |

**Charge: Group Number and Title**
B-02 Threatening any person with harm

**I. Statement of Violation** *(State fully the facts and circumstances of the violation including the means by which the inmate was advised of the charge(s))*

On the below date and approximate time I interviewed inmate Hines #168929 regarding an Inmate Grievance he wrote on February 20, 2006, stating that "I will fight to kill every one of these bolshevick puppets". When I inquired as to what he meant by bolshevick puppets, he stated that security staff were forcing him to house with other inmates not of his race (White Aryan Cajun French Catholic). Inmate Hines was verbally placed on report by Sgt R. Miller, badge #190 at approximately 1206 hours. This report was completed by myself, CO IV Bohuszewicz, badge #20 on February 21, 2006, at approximately 1235 hours.

| Date of Violation | Time of Violation | Reporting Officer (print) | Signature |
|---|---|---|---|
| February 21, 2006 | 1150 hours | CO IV D. Bohuszewicz | |
| **Shift Supervisor Review (print name)** | **Date/Time** | **Disposition** | **Signature** |
| | | | |

**II. Delivery of Charge/Hearing Date:** I hereby certify that on ______ at ______ hours, I have served notice on this inmate for a hearing on the charge before the Disciplinary Hearing Officer as a Major Violation. The inmate has received a copy of the disciplinary charge. The hearing is scheduled on TBA at TBA hours.

| Inmate was offered staff assistance and it was: ☐ accepted ☑ declined | Inmate Signature | Delivering Officer Signature |
|---|---|---|
| | | |

**III. Report of Investigation**

MAJOR VIOLATIONS ONLY – SEE ATTACHMENT (use form #105-5P)

| Date Investigation Completed | Investigating Officer | Signature |
|---|---|---|
| | | |

**IV. Disposition** This case was handled as:

☐ Informal Resolution ☑ Major Violation: Refer to Disciplinary Hearing Officer ☐ Minor Violation: Action taken:

Penalty Assessed For A Minor Violation

☐ ______ Hours Extra Duty ☐ ______ Days Loss of Privilege ☐ Return/Forfeit Contraband Items

☐ ______ Days Restriction ☐ Reprimand ☐ Other*

For Minor Violations Only: Inmate was given a copy of the results and advised that effective this date, he/she has five days to appeal.

| Inmate Signature | Date/Time | Coordinator's Signature |
|---|---|---|
| | | |

** Document specific details on a continuation sheet – privileges lost, items to be returned or forfeited, documentation of postponements and continuances, reasons for witness denial.*

Distribution: White – Master Record File
Yellow – Institutional File
Pink – Inmate

28

803-1P
5/08/01

# ARIZONA DEPARTMENT OF CORRECTIONS

## Inmate Letter Response

| Inmate Name *(Last, First M.I.)*: O'Hines, James | ADC Number: 197067 |
|---|---|
| Institution/ Unit: ASPC-EYMAN/SMU II HU: | |
| From: Deputy Warden Johnson | Location: SMU II |

I am in receipt of your Inmate Letter dated October 8, 2006, referencing staff over familiarity. Warden Ontiveros asked me to look into this matter. There is not evidence to substantiate these charges. You also mention being singled out by staff for disciplinary action at CB-6. You received two write-ups while housed at CB-6, one major and one minor. This does not seem out of the realm of possibility considering the rest of your disciplinary history, five majors and three minors since July 27, 2005.

As for your request to be moved to Tucson or SMU I, you are currently housed approximately and within matrix.

c: Warden Ontiveros
File

| Staff Signature: [signature] | Date: 11/13/06 |
|---|---|

Distribution: White - Central Office Master File
Yellow - Inmate
Pink - Institutional File

916-2PF
4/15/04

N-A

§

United States District Courts
§ Southern District Federal Courts §
880 Front Street Ste 4290
San Diego Ca. 92101-8900.

Aimees Law & Meens Law

James Lyon Hines. Motion & complaint
v. Fed. USCA. §§.

Capt- Dan Hagen CCPOA union c/o. P.O.A union * F.R.C.P. 5 (a),
Jaffe Inc. Wilshire Blvd. Los Angeles Ca.
Tim "Murphy" Dougherty. * 42 USC § 1983
Lt. Mcenroe. CCPOA union (POA). * Torr § 362
Darlene "Eva" Galnza aka "Beaver", Denton (eg) c/o
Suzie Q. Henderson - Gaston. c/o * Medical Malpractice
Marita Cook c/o * personal Injury.
I/m Izaguirre at Calif CDC dept of Corr. *
Officers c/o Randy Wood * Calif Med. Assoc.ec.
c/o Roxanne Valentine State to state.
Cindy Smith of CDC SOOC union c/o * Public H & S. codes.
Amber Collier - Smith " " c/o * ARS.# 36-339 (c) (3)
Mrs. Henderson - Wagner - Stuart c/o.
Ricky Gaston c/o. aka J.J. Walker. *
Sgt. Siefert c/o *
Vera Atkinson c/o *
Larry and Pamela Hissong c/o A.V.T.S. # #.
c/o Martinez SSU Squad: 23; *
Ortiz, Ruiz, Alvarez, Elzy, Pierson and;
Hernandez, Longoria, Gallager, Galnza. |
Deacon Henderson - aka Green - Smith (eg). *
R.N. Irene Zimmerman (aka) - (I) Mcdonald.

§

As an Legal Interpleader F.R.C.P. 22 # Parent of juvenile child advertised on television media by local law enforcement agencies and health care agencies as "Sadie" Oct to Nov 2005 Phoenix County Hospitals (Granddaughter of Linda Sue Pierson Hines a full blood Seminole Indian deceased 1-3-90 approx. Medical Malpractice. aka "Sadie" Living will circumstances of B'nai B'rith St. Louis Mo.) West Side Pentecostal Temple.)

Forthwith it is within the statutes applicable to be cognizable on behalf of Federal appellant as incarcerated litigant disabled by dispositive prisoners petition F.R.C.P. 72(b) seeking prohibition of Attornment Orders in a Federal capacity Fed Rule civil Proc 26(a). to be recognized as the natural biological presumed and putative father of missing child. State to State Corcoran SHU IV A yard 6-99; 10-99 and up to date, post 10 to 12-2005. #

XIVth Amend. of U.S. Const. would allow a Federal custody placement with Aimee's or Megan's Laws as a Native American Indian 42 CJS § 3 Indians mixed Blood. Detained in an adverse situation as a material witness by video and on location in North Park of Defendants Computer Baby Sitting Services and Cleaning Services St. Louis Mo to Brentwood Ca- to San Diego Ca Plaintiff pending appeal 207 cv 255 Pho Jar men Phoenix Dist. Courts exigent need for appt of counsel due to money damages is sought over $75,000.00 for injuries 28 USC 1332 (a), to obtain witnesses and counsel in defense of a Third (3) Party as an alibi

§

Incidents as Outrageous out and in custody even during a family visit at Corcoran Calif. whereas a Investigatory cause to be expedited on behalf of juvenile child (now approx 18). Defendants No's 18th and 19th illegal custodians: Grandmother and Auntie. pg. (7). San Diego Ca. Flagstaff Az. St. Louis Mo. and Phoenix POA ccpon personnel. %s. w/ priors.

42 usc 1983 § 3798 #

Example of abuse as: swimsuit of Kenneth Mc Fashion (1st cousin to plaintiffs Seminole mother) is an issue w/ defendants No's 8 and 10. esp.

42 usc § 1988 2050 # (42 usc § 1983)

Exploitation of a minor Defendants No's 8 to 29.# Abusive exposure to liabilities as supervision and familial relatives. ccpon POA % personnel. serious and injuriously to enable delinquency.

42 usc 1983 § 1457, 1452, 1458, 1459, 1460 and 1229. Generally. Custody. Investigation Registration of Abusers. Reporting Required. Statutory Violation(s).

Plaintiff is incarcerated for Aggravated Assault and moves now to claim justification as a civil M.D.O. calif parolee of San Diego County from Atascadero State Hospital Absconded in pursuit of justice w/ cc from Calif State Legislature spokesperson Christine Kehoe. Pending Appeal. End.

11/23/07

JS44
(Rev. 07/89)

# CIVIL COVER SHEET

FILED
DEC 17 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY DEPUTY

2254 ___ 1983 ✓
FILING FEE PAID
Yes ___ No ✓
IFP MOTION FILED
Yes ___ No ✓
COPIES SENT TO
Court ___ ProSe ___

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE SECOND PAGE OF THIS FORM.)

**I (a) PLAINTIFFS**

**James Lynn Hines**

**DEFENDANTS**

**SD County, et al**

**(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF**
**(EXCEPT IN U.S. PLAINTIFF CASES)**

**COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT**
**(IN U.S. PLAINTIFF CASES ONLY)**

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND

**(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)**

**James Lynn Hines**
**B 3400, SMU II**
**Florence, AZ 85232**
**ADC # 197067**

**ATTORNEYS (IF KNOWN)**

'07 CV 2372 JLS JMA

**II. BASIS OF JURISDICTION (PLACE AN x IN ONE BOX ONLY)**

☐ 1 U.S. Government Plaintiff
☒ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in Item III

**III. CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN X IN ONE BOX (For Diversity Cases Only) FOR PLAINTIFF AND ONE BOX FOR DEFENDANT**

| | PT | DEF | | PT | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐1 | ☐1 | Incorporated or Principal Place of Business in This State | ☐4 | ☐4 |
| Citizen of Another State | ☐2 | ☐2 | Incorporated and Principal Place of Business in Another State | ☐5 | ☐5 |
| Citizen or Subject of a Foreign Country | ☐3 | ☐3 | Foreign Nation | ☐6 | ☐6 |

**IV. CAUSE OF ACTION (CITE THE US CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE. DO NOT CITE JURISDICTIONAL STATUTES UNLESS DIVERSITY).**

**42 U.S.C. 1983**

**V. NATURE OF SUIT (PLACE AN X IN ONE BOX ONLY)**

**CONTRACT**
☐ 110 Insurance
☐ Marine
☐ Miller Act
☐ Negotiable Instrument
☐ 150 Recovery of Overpayment &Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
☐ 153Recovery of Overpayment of Veterans Benefits
☐ 160 Stockholders Suits
☐ Other Contract
☐ 195 Contract Product Liability

**TORTS — PERSONAL INJURY**
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury

**PERSONAL INJURY**
☐ 362 Personal Injury- Medical Malpractice
☐ 365 Personal Injury - Product Liability
☐ 368 Asbestos Personal Injury Product Liability

**PERSONAL PROPERTY**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**FORFEITURE/PENALTY**
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**LABOR**
☐ 710Fair Labor Standards Act
720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc.
☐ Security Act

**BANKRUPTCY**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**SOCIAL SECURITY**
☐ 861 HIA (13958)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS - Third Party 26 USC 7609

**OTHER STATUTES**
☐ 400 State Reappointment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☐ 810 Selective Service
☐ 850 Securities/Commodities Exchange
☐ 875 Customer Challenge 12 USC
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Information Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State
☐ 890 Other Statutory Actions

**REAL PROPERTY**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Tort to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**CIVIL RIGHTS**
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 440 Other Civil Rights

**PRISONER PETITIONS**
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☒ 550 Civil Rights

**VI. ORIGIN (PLACE AN X IN ONE BOX ONLY)**

☒ 1 Original Proceeding ☐ 2 Removal from State Court ☐ 3 Remanded from Appelate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VII. REQUESTED IN COMPLAINT:** ☐ CHECK IF THIS IS A CLASS ACTION UNDER f.r.c.p. 23 **DEMAND $** Check YES only if demanded in complaint: **JURY DEMAND:** ☐ YES ☐ NO

**VIII. RELATED CASE(S) IF ANY (See Instructions):** JUDGE Docket Number

DATE 12/17/2007 ~~SIGNATURE OF ATTORNEY OF RECORD~~ [signature]